

# IN THE
# TENTH COURT OF APPEALS

No. 10-08-00239-CV

**DR. STEVEN LEON GATES, D.O.
AND/OR DR. STEVEN LEON GATES, D.O., P.A.,**

**Appellants**

 **v.**

**JACK THOMAS ALTARAS,**

**Appellee**

**From the 413th District Court
Johnson County, Texas
Trial Court No. C200800182**

## MEMORANDUM  OPINION

Appellants have filed an "Agreed Motion to Dismiss," stating that they have entered into an agreement with Appellee that makes this appeal moot and asking us to dismiss this appeal.  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion to dismiss is granted, and the appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed February 25, 2009
[CV06]